IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MWAMARATUNGA PIPORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 123-055 |
| | ) |
| TYRONE OLIVER, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On May 5, 2023, the Court granted Plaintiff, an inmate at Augusta State Medical Prison ("ASMP") permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 5.) On June 26, 2023, Plaintiff filed a motion for extension of time to return his IFP paperwork, and the Court granted an extension through July 26, 2023. (Doc. no. 7.) On July 12, 2023, however, Plaintiff filed a response to the Court's July 26th Order, contending that he mailed the forms to the ASMP business office, but the office has not returned either form. (Doc. no. 8.)

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). The Court **DIRECTS** the **CLERK** to enclose another copy of the Consent to Collections of Fees form with Plaintiff's service copy of this Order. Plaintiff shall have until September 1, 2023, to submit the required Prisoner

Trust Fund Account Statement signed by an authorized prison official and a Consent to Collection of Fees form signed by him. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

To ensure that prison officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff. Plaintiff must then return the Trust Fund Account Statement, along with the Consent to Collection of Fees form, to the Court by no later than September 1, 2023.

SO ORDERED this 11th day of August, 2023, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA